No. 02–914. CITY OF MAYFIELD HEIGHTS, OHIO, ET AL. *v.* SHEMO, TRUSTEE, ET AL. Sup. Ct. Ohio. Certiorari denied.